AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

**FILED**

JAN – 8 2026

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Alphonzo Keith Baker | ) | |
| | ) | 2:26-mj-00002 |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____December 4, 2025_____ in the county of _____Kanawha_____ in the
_____Southern_____ District of _____West Virginia_____, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Fentanyl |

This criminal complaint is based on these facts:

On December 4, 2025, at or near 102 McVey Way, in Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, Aphonzo Keith Baker possessed approximately 251 grams of a substance that field-tested positive for Fentanyl, a Schedule II controlled substance.  Based on my training and experience, this quantity is consistent with an intent to distribute.

◻ Continued on the attached sheet.

_____
*Complainant's signature*

SA Jennifer L. King (FBI)
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date:  _____01/08/2026_____

_____
*Judge's signature*

City and state:  _____Charleston, West Virginia_____        Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*